JEREMIAH CANNON, *Respondent, v.* THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, *Appellant.* — Order reversed, with ten dollars costs and disbursements; order entered striking out ninety-eight dollars and twenty cents sheriff's fees, for poundage on attachment, from the bill of costs.

J. B. CROWELL and others, *Appellants, v.* JAMES M. NICHOLS and another, *Respondents.* — Order reversed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

WILLIAM HAMILTON, *Appellant, v.* RUDOLPH W. SCHACK and others, *Respondents.* — Order reversed, with ten dollars costs and disbursements, and injunction reinstated and continued. Opinion *Per Curiam.*

IN THE MATTER OF THE ACCOUNTING OF SAMUEL A. LEWIS, AS COLLECTOR OF ESTATE OF JULIA M. STANTON, *Deceased.* — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

JOHN B. CORNELL and others, *Appellants, v.* JOHN ROACH and others, *Respondents.* — Judgment affirmed, with costs, on the opinion of VAN VORST, J., in the court below.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* GUSTAVE ANGERSTEIN and others, *Appellants, v.* BERNARD KENNEY and others, *Respondents.* — Judgment affirmed, with costs.

JOHN F. GRAY, *Respondent, v.* ANN LIVERMORE, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion *Per Curiam.*

GUSTAVE LAUTER, *Respondent, v.* JOSEPH L. BERG and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

THE NEW YORK AND WESTERN UNION TELEGRAPH COMPANY, *Respondent, v.* HUGH J. JEWETT, *Appellant.* — Order affirmed, with costs. Opinion *Per Curiam.*

CATHERINE BROWNE, *Appellant, v.* JULIA A. MURDOCK, *Respondent.* — Judgment modified as directed in opinion, and affirmed as modified, without costs. Opinion by BRADY, J.

HENRY DANENBAUM and another, *Respondents, v.* LEHMAN H. MANDELBAUM, *Appellant.* — Order reversed, without costs, unless the plaintiffs shall, within ten days, file undertaking as directed by opinion, in which case order affirmed, without costs. Opinion by DAVIS, P. J.

DAVID G. YUENGLING, JR., *Respondent, v.* WILLIAM HONE and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

THE NATIONAL SHOE AND LEATHER BANK OF THE CITY OF NEW YORK, *Appellant, v.* JOHN VAN GLAHN, *as Receiver, etc., Respondent.* — Order affirmed, with ten dollars costs and disbursements.